**FILED**

04/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0612

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.: DA 21-0612

DALE YATSKO & JANELLE YATSKO d/b/a GREEN CREEK DISPENSARY,

Plaintiffs/Appellees,

vs.

CASCADE COUNTY, MONTANA,

Defendant/Appellant,

Order

Bruce A. Fredrickson
Angela M. LeDuc
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone: (406) 314-6011
Facsimile: (406) 314-6012
E-mail: bruce@rmtlawp.com
angie@rmtlawp.com
*Attorneys for Plaintiff-Appellee*

Mark F. Higgins
MACo Defense Services
2717 Skyway Drive, Suite F
Helena, MT 59602-1213
Telephone: (406) 441-5471
Facsimile: (406) 441-5497
Email: mhiggins@mtcounties.org
*Attorneys for Defendant-Appellant*

Based upon Appellees' Unopposed Motion for Extension of Time to file its

Answer Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellees shall file and serve their Answer

Brief to Appellant's Opening on or before May 13, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 4 2022